UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------X

UNITED STATES OF AMERICA,

        Plaintiff,

-against-

KAREN KING

        Defendant.
----------------------------------X

C O M P L A I N T
Civil Action No.
Claim No. 066858

The UNITED STATES OF AMERICA, by its attorneys HAYT, HAYT, & LANDAU, complaining for the defendant, alleges that:

    FIRST:    Jurisdiction is conferred upon this Court pursuant to Title 28, United State Code, Section 1345.

    SECOND:    The defendant resides within the Eastern District of New York.

    THIRD:    Defendant owes plaintiff the principal sum of $1,463.89, plus interest according to the Certificate of Indebtedness annexed hereto.

    FOURTH:    No Part of the aforesaid sum has been paid, although duly demanded.

    WHEREFORE, plaintiff demands judgment against the defendant as follows:

a.    In the amount of $1,909.65 ($1,463.89 principal, $445.76 interest accrued through 04/02/98, and $0 costs,);

b.    Interest to accrue at the rate of 8.000% per annum after 04/02/98 to date of judgment;

c.    Interest from date of judgment at the legal rate in effect

on date of judgment;

d. Costs of suit, fees and disbursements; and

e. Such other proper relief as this Court may deem just.

DATED: GARDEN CITY, NY
April 2, 1998

HAYT, HAYT, & LANDAU
Attorneys for Plaintiff
711 STEWART AVENUE
GARDEN CITY, NY 11530

BY: _____
JOEL D. LEIDERMAN JL-5647
516-479-8480

U. S. DEPARTMENT OF EDUCATION
SAN FRANCISCO, CALIFORNIA

CERTIFICATE OF INDEBTEDNESS

Name: Karen King
Address: 1625 Fulton St. Apt. C410
Brooklyn, NY 11213
SSN: 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

Total debt due United States as of 09/02/97: $ 1,842.11

I certify that Department of Education records show that the debtor named above is indebted to the United States in the amount stated above, plus additional interest on the principal balance of $ 1,463.89 from 09/02/97 at the annual rate of 8%. Interest accrues on the principal amount of this debt at the rate of $ .32 per day.

The claim arose in connection with a Government insured or guaranteed loan(s) made by a private lender and assigned to the United States.

On 07/01/87 the debtor executed promissory note(s) to secure loan(s) from Citibank under loan guaranty programs authorized under Title IV-B of the Higher Education Act of 1965, as amended, 20 U.S.C. 1071 et.seq (34 C.F.R. Part 682). The holder demanded payment according to the terms of the notes(s) and on 06/01/88 the debtor defaulted on the obligation.

Pursuant to 34 C.F.R. 682.202 and/or terms of the promissory note(s) the holder(s) capitalized interest accrued to the original lender in the amount of $ 38.70 thereby increasing the principal balance due to $ 1,463.89.

After application of the last voluntary payment of $ 0.00 which was received on N/A the debtor now owes the following:

| | |
|---|---|
| Principal: | $ 1,463.89 |
| Interest: | $ 378.22 |
| Administrative/Collection Costs: | $ 0.00 |
| Penalties: | $ 0.00 |

CERTIFICATION: Pursuant to 28 USC Section 1746, I certify under penalty of perjury that the foregoing is true and correct.

_____9/11/97_____    _____
(Date)                        Loan Analyst
                              Litigation Branch